1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  7636 N. Ingram Ave., #104
3  Fresno, California  93711
Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, BRIAN JOLLES

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00123-MJS |
| 12           Plaintiff, | |
| 13       v. | **DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE** |
| 14  BRIAN JOLLES, | **PURSUANT TO FRCP RULE 43;  ORDER** |
| 15           Defendant. | |

16

17      Pursuant to Fed. R. Crim P. 43(b)(3), Defendant BRIAN JOLLES, having been advised of

18  his right to be present at all stages of proceedings, hereby requests this Court allow him to appear

19  at his Initial Appearance currently scheduled for February 23, 2016, via video conference call at

20  the U.S. District Court in Boston, Massachusetts, instead of being personally present in Court.

21      The Defendant agrees that notice to Defendant's attorney requiring Defendant's presence

22  in Court will be deemed notice to the Defendant of the requirement of his presence at the Court

23  appearance at said time and place.

24      Mr. Jolles is charged with 1 count of 36 CFR 2.35(b)(2) – Possession of a Controlled

25  Substance-Marijuana, 1 count of 36 CFR 4.2 incorporating California Vehicle Code Section

26  16028(a) – Failure to Provide Proof of Vehicle Insurance, and 1 count of 36 CFR 4.21(c) –

27  Speeding.

28      Mr. Jolles is a resident of Framingham, Massachusetts.  He works at a local supermarket

approximately 20-25 hours per week so the cost of travel would be cost prohibitive.

Mr. Jolles requests a video conference appearance at his initial appearance and a Rule 43 Waiver for his all status conferences and non dispositive motions.

Matthew McNease, Acting Legal Officer for the National Park Service does not object to the Rule 43 Waiver or to Mr. Jolles appearing by video conference at his initial appearance on February 23, 2016.

Dated: January 13, 2016     /s/ Carol Ann Moses
                            CAROL ANN MOSES
                            Attorney for Defendant,
                            BRIAN JOLLES

Dated: January 13, 2016     /s/ Brian Jolles
                            BRIAN JOLLES
                            Defendant

ORDER

The above DEFENDANT'S REQUEST FOR WAIVER OF PERSONAL APPEARANCE PURSUANT TO FRCP RULE 43 in Case No. 6:15-mj-00123-MJS is hereby approved. Defendant may appear **telephonically for his Initial Appearance** February 23, 2016, at 10:00 a.m. In the event Defendant wishes to enter **a guilty plea** at that time, his counsel shall arrange for, and he shall appear by, **video conference.**

IT IS SO ORDERED.

Dated:   January 19, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE